■ DAVID BAYER, Appellant, v. RONALD D. ROEFS, Respondent.— Appeal by plaintiff from an order of the Supreme Court, Kings County, entered May 21, 1968, which granted defendant's motion to change the place of trial of the action from Kings County to Rockland County. Order modified, on the law and the facts, by adding a provision thereto that the action be placed on the June Term 1969 Calendar of the Supreme Court, Rockland County, as a preferred cause for trial, upon service by either of the parties of a copy of the order to be made hereon on the Clerk of the Supreme Court, Rockland County. As so modified, order affirmed, without costs. The interests of justice require that, with the changing of the place of trial to Rockland County in this case, the trial preference herein granted should have been accorded. Christ, Acting P. J., Brennan, Hopkins, Benjamin and Martuscello, JJ., concur.

■ JUDITH CZACHOROWSKI, an Infant, by Her Guardian ad Litem, CHESTER CZACHOROWSKI, Appellant, et al., Plaintiff, v. MURRAY WEINTRAUB, Respondent. — In a negligence action to recover damages for personal and property injuries, etc., plaintiff Judith Czachorowski (changed to Griffiths) appeals from a judgment of the Supreme Court, Suffolk County, entered July 16, 1968, which dismissed the complaint upon the decision of the court at the close of plaintiff's case upon a jury trial. Judgment reversed, on the law, and new trial granted as to appellant, with costs to abide the event. No questions of fact were considered. In our opinion, whether appellant was contributorily negligent raised an issue for the jury's determination and, therefore, her complaint should not have been dismissed at the close of her case. Christ, Acting P. J., Brennan, Hopkins, Benjamin and Martuscello, JJ., concur.